IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIC ODOM                                                                                          PLAINTIFF

V.                        CASE NO. 4:19-CV-228-BSM-BD

LUCAS EMBERTON                                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 4th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE